# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL GRIFFIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendant. | Case No. 3:18-cv-01421-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Equifax Information Services LLC, and that this matter is **DISMISSED WITH PREJUDICE**.

DATED: May 29, 2019

　　　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE,**
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　BY: ___s/Tina Gray___
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**